[No. 63757-6-I.   Division One.   May 2, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DAMARIO J. DILLARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-00857-2, Catherine D. Shaffer, J., entered July 6, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Appelwick, JJ.

[No. 63906-4-I.   Division One.   May 2, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL HOHF, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-03291-1, David A. Kurtz, J., entered July 27, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, A.C.J., and Appelwick, J.

[No. 63929-3-I.   Division One.   May 2, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID E. LANGE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-02159-3, Michael Heavey, J., entered July 6, 2009. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Becker and Schindler, JJ.

[No. 64038-1-I.   Division One.   May 2, 2011.]

JOINT VENTURE FOURPLAY, *Appellant*, v. VERONIKA E. LOISTL, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-02016-1, Steven C. Gonzalez, J., entered July 27, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Dwyer, C.J., and Lau, J.